**WILLIS**, Movant, v. COMMONWEALTH, Opposed.

Court of Appeals of Kentucky.

(Decided Oct. 22, 1937.)

F. A. HARRISON for movant.

HUBERT MEREDITH, Attorney General, and J. M. CAMPBELL, Assistant Attorney General, opposed.

PER CURIAM.

*Appeal denied.   Judgment affirmed.*